UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| In re FEDEX GROUND PACKAGE SYSTEM, INC., EMPLOYMENT PRACTICES LITIGATION | ] ] ] ] ] ] | Cause No. 3:05-MD-527 RM (MDL-1700) |
| | | THIS DOCUMENT RELATES TO ALL CASES |

<u>OPINION AND ORDER</u>

On December 9, the court gave notice to the parties of its proposal to close 3:05-CV-720 as an identical case to 3:05-CV-668. Ten days has passed without objection, so the court now ORDERS 3:05-CV-720 closed. This order has no impact on the legal rights of any party involved.

SO ORDERED.

DATED: <u>December 20, 2005</u>

<u>/s/ Robert L. Miller, Jr.</u>
Chief Judge
U.S. District Court